## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH WARREN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 CV 4928 |
| | ) | |
| v. | ) | Judge Charles R. Norgle |
| | ) | |
| JOHN CICHY, TERRANCE O'BRIEN, | ) | Magistrate Judge Jeffrey T. Gilbert |
| and VILLAGE OF SCHAUMBURG, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    See attached Service List.

      Please take notice that on Friday, January 23, 2015 at 10:30 a.m., I shall appear before the Honorable Judge Charles Norgle in Courtroom 2341, where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendant Village of Schaumburg's Agreed Motion to Dismiss Pursuant to Settlement .**

Dated: January 19, 2015        /s/John J. Timbo_____
                                                  JOHN J. TIMBO, Attorney No. 06238251
                                                  *One of the Attorneys for Defendant Village of Schaumburg*

James G. Sotos
John J. Timbo
THE SOTOS LAW FIRM, P.C.
550 E. Devon Ave. Suite 150
Itasca, IL 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jtimbo@jsotoslaw.com

## CERTIFICATE OF SERVICE

  I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Monday, January 19, 2015, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants on the attached Service List.

           /s/John J. Timbo_____
           JOHN J. TIMBO, Attorney No. 06238251
           *One of the Attorneys for Defendant Village of Schaumburg*

## SERVICE LIST
*Warren v. Cichy, et al.*
Case No. 13 CV 4928

**ATTORNEYS FOR PLAINTIFF**
Jeffrey S. Deutschman
Bradley A. Skafish
DEUTSCHMAN & ASSOCIATES, P.C.
77 West Washington Street
Suite 1525
Chicago, Illinois 60602
Tel: (312) 419-1600
jeff@deutschmanlaw.com
brad@deutschmanlaw.com


**ATTORNEYS FOR TERRANCE O'BRIEN & JOHN CICHY**
Eileen E. Rosen
John Rock
Stacy Benjamin
Silvia Mercado Masters
Catherine M. Barber
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
Tel: (312) 494-1000
erosen@rockfuscoconnelly.com
jrock@rockfuscoconnelly.com
sbenjamin@rockfuscoconnelly.com
cbarber@rockfuscoconnelly.com
smercado@rockfuscoconnelly.com